NO. 12-14-0245-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

| | | |
|---|---|---|
| JUSTIN CHRISTIAN | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | 12th COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

## MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE COURT OF APPEALS:

NOW COMES *Pro Se* Appellant before this Court, and Defendant in the Trial Court in Cause Number 19062 before the 369th Judicial District Court, Cherokee County, Texas, and files this his Motion for *Pro Se* Access to the Appellate Record, pursuant to Rules 10.5(b) of the Texas Rules of Appellate Procedure and Kelly v. State of Texas, 436 S.W.3d 313 (Tex. Crim. App. 2014), and for same would show unto the Court as follows, to-wit:

I.

Procedural Background:

Appellant, as Defendant before the Trial Court in Cause No.: 19062, styled State of Texas v. JUSTIN Christian, was convicted of the Assault Family Violence / Impeding Breath, was placed on seven (7) years probation, had his probation revoked and received a 10-year sentence. Through appointed appellate court, Appellant perfected his appeal to this Honorable Court. Appellate counsel has file a brief alleging that the appeal is frivolous and has requested to withdraw from further representation.

II.

Page 1

Desire to Seek Additional Relief:

Appellant represents that Appellant wants to seek additional relief in this matter, including but not limited to, filing his own *pro se* appellate brief, relief through writ of habeas corpus for the purpose of pointing out errors or problems Appellant believes would support his right to seek further review of this matter as protected by the due process clauses of the State and federal constitutions.

IV.

Need to Access Records:

Appellant would show that he needs to has access to a copy of the Reporter's Record and a copy of the Clerk's Record so that he can have a reasonable opportunity to pursue Appellant's right to seek additional review of this matter.

V.

Requested Relief:

Appellant requests that this matter be filed by the Clerk of the Court, and that thereafter, the appellate court enter an Order providing Appellant with reasonable access to the Reporter's Record and the Clerk's Record, at a time and under circumstances that will allow Appellant to reasonably exercise his right to pursue further review of this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Motion be filed among the papers in this matter; thereafter, that the appellate court enter and order granting Appellant the requested relief.

Page 2

Respectfully submitted

_(signature of Pro Se Appellant)_

_(Dated signed)_

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery and/or by regular mail appointed counsel and to the State's attorney.

_(signature of Pro Se Appellant)_

2-1-15

_(Dated signed)_